**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: July 29, 2010**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-18081

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-20784-RJH |
| Kazimierz Bartosik and Eugenia D. Bartosik<br>      Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>      Movant,<br>vs. | ORDER<br><br>(Related to Docket #11) |
| Kazimierz Bartosik and Eugenia D. Bartosik, Debtors, David A. Birdsell, Trustee.<br><br>      Respondents. | |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 30, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Kazimierz Bartosik and Eugenia D. Bartosik have an interest in, further described as:

> UNIT 250, TRACT 5 OF DOBSON RANCH CONDOMINIUM AMENDED, ACCORDING TO DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED IN DOCKET 15228, PAGE 1123, AMENDMENT IN DOCKET 15302, PAGE 1314, SECOND AMENDMENT IN DOCKET 15494, PAGE 337 AND RECORDED IN DOCKET 15648, PAGE 661 AND DECLARATIONS OF ANNEXATION IN DOCKET 15655, PAGE 970 AND RECORDED IN DOCKET 15702, PAGE 248 AND AT RECORDERS NO. 830186483 AND PLAT RECORDED IN BOOK 237 OF MAPS, PAGE 43 AND AFFIDAVIT OF CORRECTION RECORDED IN DOCKET 15708, PAGE 493, RECORDS OF MARICOPA COUNTY, ARIZONA.
>
> TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID DECLARATION AND PLAT.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.